ENTER
JS6

1  **EDWARD E. COREY (SB#124900)**
   **COREY & COREY**
2  3580 Wilshire Boulevard
   17th Floor
3  Los Angeles, CA 90010
   (213) 385-7003
4  (213) 385-6908 Fax

5  Local Counsel for NINGBO FREE TRADE
   ZONE HARMONY CO., LTD., Plaintiff.
6

7  **WELTMAN, WEINBERG & REIS**
   **STEPHEN A. SANTANGELO (001960)**
   Lakeside Place, Suite 200
8  Cleveland, OH 44113
   (216) 685-1032
9  (216) 363-4086 Fax

10 Counsel for NINGBO FREE TRADE
   ZONE HARMONY CO., LTD., Plaintiff.
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                   WESTERN DIVISION

15

16 NINGBO FREE TRADE ZONE HARMONY      )  No. **CV07-03621 R(RZx)**
   COMPANY, LTD.,                      )
17                                     )  ~~[PROPOSED]~~
                Plaintiff,             )
18                                     )  **JUDGMENT FOLLOWING MOTION**
        vs.                            )  **FOR SUMMARY JUDGMENT**
19                                     )
   INTERNATIONAL TRC COMPANY,          )
20 LIMITED,                            )
                                       )
21              Defendant.             )
                                       )
22 ──────────────────────────────      )
                                       )
   AND RELATED COUNTERCLAIM            )
23 ──────────────────────────────      )

24

25      Upon review of Plaintiff's Motion for Summary Judgment, and

26 for good cause shown, said motion is hereby granted.

27 The court finds that there are no genuine issues of material

28 fact, and that as a matter of law the Plaintiff, Ningbo Free

1  Trade Zone Harmony Company, Ltd., is entitled to summary judgment

2  in its favor and against the Defendant, International TRC Company

3  Limited, in the amount of $494,012.04 plus statutory interest

4  from the date of this judgment, and court costs.

5                          IT IS SO ORDERED.

6

7                          _____   June 16, 2008

                           Judge Manuel L. Real

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Edward Corey am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3580 Wilshire Boulevard, 17th Floor, Los Angeles, California 90010.

On May 1, 2008, I served the foregoing **[PROPOSED] JUDGMENT FOLLOWING MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> SAM X.J. WU
> Law Offices of Sam X.J. Wu
> 23555 Golden Springs Drive, Suite I
> Diamond Bar, CA 91765

_x_   BY MAIL

_X_ I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid. ELECTRONIC NOTICE SERVED THIS DATE ADDITIONALLY.

____ As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the addressee.  **PROOF OF SERVICE TO BE FILED.**

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2008, at Los Angeles, California.

Signature of Declarant

**3**
**JUDGMENT**